UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD MORRIS LEE,

        Petitioner,

   v.

PATRICK GLEBE,

        Respondent.

CASE NO. 14-cv-05309 RBL JRC

ORDER

Petitioner in this action is challenging a conviction from Snohomish County Superior Court. This matter should be filed in the United States District Court in Seattle (*see* Local Rule 3).

The Clerk is directed to transfer this case to Seattle.

Dated this 17th day of April, 2014.

                                      J. Richard Creatura
                                      United States Magistrate Judge