UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD MORRIS LEE, | ) |
| | ) CASE NO. C14-5309-RSL-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER GRANTING MOTION FOR |
| PATRICK GLEBE | ) EXTENSION OF TIME |
| | ) |
| Respondent. | ) |
| | ) |

This is a federal habeas action filed under 28 U.S.C. § 2254.  This matter comes before the Court at the present time on respondent's motion for an extension of time to file an answer to petitioner's federal habeas petition.  Petitioner opposes respondent's motion.  The Court, having reviewed respondent's motion, petitioner's opposition thereto, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's motion for an extension of time (Dkt. 17) is GRANTED. Respondent is directed to file and serve his answer to petitioner's federal habeas petition not later than *August 19, 2014*.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
PAGE -1

01  respondent, and to the Honorable Robert S. Lasnik.

02      DATED this 27th day of June, 2014.

03

04                                    /s/ Mary Alice Theiler
                                      Mary Alice Theiler
05                                    Chief United States Magistrate Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
PAGE -2